# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States Of America, <br><br> Plaintiff, <br><br> v. <br><br> Eric Rico, <br><br> Defendant. | Case No.: 20-CR-1643-JLS <br><br> ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. Rico's motion hearing/trial setting currently scheduled for July 2, 2021, be continued to August 20, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: July 7, 2021

Hon. Janis L. Sammartino
United States District Judge